UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHEAVELLA CORLEY,

       Plaintiff,

v.                                        Case No.  8:02-cv-2080-T-24-EAJ

JTS ENTERPRISES, INC., et al.,

       Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Vacate Set Aside Order of Summary Judgment (Doc. No. 76).

On February 25, 2004, the Court entered an order granting summary judgment in favor of Defendants (Doc. No. 73). On that same date, the Clerk closed the case. Plaintiff requests that the Court vacate the order of summary judgment, pursuant to the Federal Rules of Civil Procedure, Rule 60(b)(1). Rule 60(b)(1) states that upon a motion, the Court may relieve a party from a final judgment, order, or proceeding for mistake, inadvertence, surprise, or excusable neglect. *See* Fed. R. Civ. P. 60(b). However, the Court notes that Rule 60(b) also states that a motion for such relief "shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken." *Id.*

Plaintiff waited over two and a half years to file the instant motion. The Court finds that Plaintiff failed to bring the instant motion within the time limits imposed by Rule 60(b). Plaintiff failed to bring the instant motion within one year after the entry of the February 25, 2004 order, as required by Rule 60(b)(1). The Court also finds that Plaintiff failed to file the instant motion

within a reasonable time after the entry of the February 25, 2004 order.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion to Vacate Set Aside Order of Summary Judgment (Doc. No. 76) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record